UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>        Plaintiff,<br><br>   v.<br><br>J. S. WOODFORD, et al.,<br><br>        Defendants.<br>                                                        / | CASE NO.: 1:09-cv-00098-OWW-DLB PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF<br><br>(Doc. 1) |

Plaintiff Donald Glass ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed this action on January 5, 2009. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under § 1983 against (1) defendants Hamilton, Robles, Logue, Bautista, and John Doe for use of excessive force in violation of the Eighth Amendment; (2) defendants Grandy, Riddle, McDaniel for deliberate indifference to a serious medical need in violation of the Eighth Amendment; and (3) defendants Hamilton, Bautista, Logue, Robles, Riddle, Cedillos, Grandy, and McDaniel for retaliation in violation of the First Amendment.[1]

---

[1] In a separate Findings and Recommendations, the Court recommended dismissal of Defendants M. Hodge-Wilkins, A. Olivas, Lawence, Poblete, Kim, Mason, Lockyer, Billiou, Diaz, Santos, Woodford, and B. Silva for failure to state a claim upon which relief may be granted, and dismissal of Defendants D. Sheppard-Brooks, R. Lowden, S. Issac, S. Pina, Keener, Indendi, Warren, Gonzales, Hayward, Dehlert, Braswell, Trujillo, Wood, Scribner, Watson, Ortiz, Yamamoto, Lopez, Halberg, Coombs, and D. Matthews without prejudice for failure to comply with Federal Rule of Civil Procedure 18(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants[2]

    Hamilton

    Robles

    Logue

    Bautista

    Grandy

    Riddle

    McDaniel

    Cedillos

2. The Clerk of the Court shall send Plaintiff eight (8) USM-285 forms, eight (8) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed January 5, 2009.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. nine (9) copies of the endorsed complaint filed January 1, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

///

///

---

[2] Plaintiff states a cognizable claim against Defendant John Doe. However, the Court cannot order the Marshal to serve an unnamed defendant. Plaintiff must provide further information for service of process on unnamed Defendant John Doe.

5.      <u>The failure to comply with this Order will result in a recommendation of dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **March 24, 2010**                          /s/ **Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE