# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:09-cv-00098-OWW-DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FURNISH FURTHER INFORMATION FOR INITIATION OF SERVICE OF PROCESS |
| v. | |
| J. S. WOODFORD, et al., | (Doc. 1) |
| Defendants. | |

Plaintiff Donald Glass ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed January 5, 2009. (Doc. 1.) Plaintiff states cognizable section 1983 claims against Defendant John Doe[1] Because Plaintiff is proceeding in forma pauperis, the Court must appoint the United States Marshal to serve each defendant with a summons and complaint. Fed. R. Civ. P. 4(c)(2). However, the Marshal cannot locate and serve unidentified defendants.

Within thirty days from the date of service of this order, Plaintiff shall provide the Court with further information to assist the Marshal in serving Defendant John Doe. The Court is aware that Plaintiff does not know the names of the Doe defendant. From Plaintiff's complaint, it appears that Defendant John Doe was a correctional officer at Corcoran State Prison. If Plaintiff can remember

---

[1] Plaintiff also stated cognizable claims against several named defendants. By separate order, the Court ordered service of Plaintiff's amended complaint appropriate against defendants Hamilton, Robles, Logue, Bautista, Grandy, Riddle, McDaniel, and Cedillos, and forwarded service documents to Plaintiff for completion and return within thirty days of the date of service of that order.

1

any other details that might assist the Court and the Marshal, Plaintiff shall so inform the Court.

Based on the foregoing, it is HEREBY ORDERED that within thirty (30) days from the date of service of this order, Plaintiff shall provide the Court with any and all information he has that might help the Marshal identify and serve Defendant correctional officer John Doe.

IT IS SO ORDERED.

**Dated:**   **March 24, 2010**                    /s/ **Dennis L. Beck**
                                                                UNITED STATES MAGISTRATE JUDGE