# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>            Plaintiff,<br><br>    v.<br><br>J.S. WOODFORD, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:09-cv-00098-OWW-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 20) |

      Plaintiff Donald Glass ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 24, 2010, the Magistrate Judge issued a Findings and Recommendations which recommended that Defendants M. Hodge-Wilkins, A. Olivas, Lawence, Poblete, Kim, Mason, Lockyer, Billiou, Diaz, Santos, Woodford, B. Silva, D. Sheppard-Brooks, R. Lowden, S. Issac, S. Pina, Keener, Indendi, Warren, Gonzales, Hayward, Dehlert, Braswell, Trujillo, Wood, Scribner, Watson, Ortiz, Yamamoto, Lopez, Halberg, Coombs, and D. Matthews be dismissed from this action. (Doc. #20.) The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days of date on which they were served. Plaintiff has not filed objections to the Findings and Recommendations.

///

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, the Court HEREBY ORDERS that:

1. The March 24, 2010 Findings and Recommendations are ADOPTED in full;

2. Defendants M. Hodge-Wilkins, A. Olivas, Lawrence, Poblete, Kim, Mason, Lockyer, Billiou, Diaz, Santos, Woodford, B. Silva, D. Sheppard-Brooks, R. Lowden, S. Issac, S. Pina, Keener, Indendi, Warren, Gonzales, Hayward, Dehlert, Braswell, Trujillo, Wood, Scribner, Watson, Ortiz, Yamamoto, Lopez, Halberg, Coombs, and D. Matthews are DISMISSED from this action; and

3. This action proceeds on Plaintiff's January 5, 2009 complaint against Defendants Hamilton, Robles, Logue, Bautista, and John Doe for use of excessive force, against Defendants Grandy, Riddle, and McDaniel for deliberate indifference to Plaintiff's medical needs, and against Defendants Hamilton, Bautista, Logue, Robles, Riddle, Cedillos, Grandy, and McDaniel for retaliation.

IT IS SO ORDERED.

**Dated:   June 7, 2010**                    **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE