IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | 1:09-cv-00098 AWI BAM (PC) |
|     Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO NOTIFY COURT WHETHER SETTLEMENT CONFERENCE WOULD BE BENEFICIAL |
|     vs. | |
| R. FIELDS, et al., | (ECF No. 111) |
|     Defendants. | SEVEN-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 11, 2012, defendants filed a motion to extend time to notify court whether a settlement conference would be beneficial. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted seven (7) days from the date of service of this order in which to notify the court whether a settlement conference would be beneficial.

IT IS SO ORDERED.

Dated: **October 15, 2012**     /s/ **Barbara A. McAuliffe**
                                                       UNITED STATES MAGISTRATE JUDGE