1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9  DONALD GLASS,                           CASE NO. 1:09-cv-00098-AWI-BAM PC

10                    Plaintiff,           ORDER   ADDRESSING   SETTLEMENT
                                           CONFERENCE
11        v.
                                           (ECF No. 110, 116, 117, 121)
12  R. FIELDS, et al.,

13                    Defendants.
                                     /
14

15        Plaintiff Donald Glass ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 25, 2012, an order

17  issued requiring the parties to notify the Court if a settlement conference would be beneficial in this

18  action. (ECF No. 110.)  Plaintiff filed a response on October 19, 2012, stating that he would open

19  to participating in a settlement conference. (ECF No. 116.)  Defendants filed a response on October

20  22, 2012, stating that a settlement conference would be beneficial, however the costs of having the

21  parties attend the conference outweighs the settlement value of the action, and a telephonic

22  settlement conference was requested.  (ECF No. 117.)  On November 8, 2012, Plaintiff filed an

23  objection to having the settlement conference held telephonically.  (ECF No. 121.)

24        Based upon the parties' responses, the Court declines to set a settlement conference at this

25  time.  The Court would encourage the parties to discuss settlement.

26        IT IS SO ORDERED.

27  Dated:   __November 9, 2012__          ____/s/ **Barbara A. McAuliffe**____
                                           UNITED STATES MAGISTRATE JUDGE
28

1