# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:09-cv-00098-AWI-BAM PC |
| Plaintiff, | ORDER ADDRESSING SETTLEMENT CONFERENCE |
| v. | (ECF No. 110, 116, 117, 121) |
| R. FIELDS, et al., | |
| Defendants. | |

Plaintiff Donald Glass ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 25, 2012, an order issued requiring the parties to notify the Court if a settlement conference would be beneficial in this action. (ECF No. 110.) Plaintiff filed a response on October 19, 2012, stating that he would open to participating in a settlement conference. (ECF No. 116.) Defendants filed a response on October 22, 2012, stating that a settlement conference would be beneficial, however the costs of having the parties attend the conference outweighs the settlement value of the action, and a telephonic settlement conference was requested. (ECF No. 117.) On November 8, 2012, Plaintiff filed an objection to having the settlement conference held telephonically. (ECF No. 121.)

Based upon the parties' responses, the Court declines to set a settlement conference at this time. The Court would encourage the parties to discuss settlement.

IT IS SO ORDERED.

Dated: November 9, 2012              /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

1