1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  DONALD GLASS,

10                         Plaintiff,

11       v.

12  R. FIELDS, et al.,

13                         Defendants.

14  _____ /

CASE NO. 1:09-cv-00098-AWI-BAM PC

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SUBMIT FEES FOR THE ATTENDANCE OF UNINCARCERATED WITNESSES

(ECF No. 140)

15

16       Plaintiff Donald Glass ("Plaintiff") is a state prisoner proceeding pro se and in forma

17  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 19, 2012, the Court

18  partially granted Plaintiff's motion for the attendance of unincarcerated witnesses at trial.  In the

19  order, the Court instructed Plaintiff that to have Chief Deputy Warden Lonnie Watson, Radiologist

20  Huo, Facility Captain R. Halberg, Lieutenant Daniel Indendi, and Facility Captain Lopez served with

21  summonses to testify at trial, Plaintiff must submit a money order for each witness by January 11,

22  2013.  (ECF No. 123.)  Plaintiff submitted money orders for Radiologist Huo, Facility Captain R.

23  Halberg and Facility Captain R. Lopez and, on January 9, 2013, the Court issued an order directing

24  service of subpoenas on these three unincarcerated witnesses.  (ECF No. 137.)

25       On January 14, 2013, Plaintiff filed a motion requesting a 21-day extension of time to tender

26  money orders for each of the unincarcerated witnesses.  Plaintiff explains that he did not receive the

27  Court's order directing submission of money orders until December 22, 2012, and that he requires

28  additional time to submit money orders.  (ECF No. 140.)  On January 16, 2013, Defendants filed a

1

1    statement of non-opposition to Plaintiff's motion for additional time.

2        As noted above, Plaintiff has submitted the necessary money orders for three of the five

3    unincarcerated witnesses.  However, the Court finds good cause to extend the time for Plaintiff to

4    submit the necessary money orders for the remaining unincarcerated witnesses, Chief Deputy Lonnie

5    Watson and Lieutenant Daniel Indendi.  Accordingly, IT IS HEREBY ORDERED that:

6        1.    Plaintiff's motion for a 21-day extension of time to submit witness fees is

7              GRANTED IN PART and DENIED IN PART;

8        2.    Plaintiff shall have an additional 21-days from the date of service of this order to

9              submit money orders for Chief Deputy Warden Lonnie Watson and Lieutenant

10             Daniel Indendi.

11

12       IT IS SO ORDERED.

13   **Dated:    January 18, 2013**                    **/s/ Barbara A. McAuliffe**
                                                      UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28