# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R. FIELDS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00098-AWI-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION REQUESTING COURT ORDER TO ALLOW PLAINTIFF TO FILE EXTENSIONS OF TIME, REPLIES OR OBJECTIONS WITHOUT PREJUDICE<br><br>(ECF No. 146)<br><br>ORDER DENYING REQUEST FOR JUDICIAL NOTICE AS MOOT<br><br>(ECF No. 147) |

　　　　Plaintiff Donald Glass ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 25, 2013, Plaintiff filed a motion requesting a court order to allow him to file extensions of time to file replies or objections because he is not receiving oppositions or court orders in a timely manner. (ECF No. 146.) Plaintiff filed a corresponding request for judicial notice of certain court filings pursuant to Fed. R. Evid. 201.

　　　　Plaintiff does not identify a particular matter for which an extension is sought. Fed. R. Civ. Proc. 6; Local Rule 144. The Court will not permit an open extension of time for Plaintiff to submit his replies, objections or requests for extensions. However, Plaintiff may request a specific, necessary extension from the Court as soon as the need for such an extension becomes apparent. Local Rule 144(d). Accordingly, Plaintiff's motion requesting a court order to allow him to file extensions of time to file replies or objections is DENIED without prejudice.

1  As the Court is denying Plaintiff's motion without prejudice, his corresponding request for
2  judicial notice is DENIED AS MOOT.
3  IT IS SO ORDERED.
4  Dated:   **January 30, 2013**           /s/ **Barbara A. McAuliffe**
                                       UNITED STATES MAGISTRATE JUDGE