1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DONALD GLASS,** | ) | **1:09-CV- 00098 AWI BAM PC** |
| | ) | |
| **Plaintiff**, | ) | **ORDER REQUIRING PARTIES** |
| | ) | **TO NOTIFY THE COURT** |
| **v.** | ) | **WHETHER THEY WILL** |
| | ) | **CONSENT TO MAGISTRATE** |
| | ) | **JUDGE JURISDICTION WITHIN** |
| **J. S. WOODFORD, et al.,** | ) | **TEN DAYS** |
| | ) | |
| **Defendants** | ) | **ORDER DIRECTING CLERK OF** |
| | ) | **COURT TO SEND CONSENT** |
| | ) | **FORMS TO PARTIES** |

        Plaintiff Donald Glass is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983 concerning Defendants' alleged use of excessive force.  This action is set for jury trial on April 16, 2013.  At this time, two criminal cases are also set for April 16, 2013.

        The parties are reminded of the availability of a United States Magistrate Judge to conduct all proceedings in this action.  A United States Magistrate Judge is may conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305.  Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

        Because of the extraordinarily high case load in this district, this court has United States Magistrate Judges conduct trials in civil actions whenever possible.  Having a Magistrate Judge preside over the trial makes it far more likely a case will proceed on the

scheduled trial date, and the trial will not be delayed by other matters.   While consenting to

Magistrate Judge jurisdiction will most likely expedite resolution of this action, you are

hereby advised that no adverse substantive consequences will result if you withhold consent.

   Accordingly, the court orders that:

1.  The Clerk of the Court is DIRECTED to provide the parties with the forms

    that will allow them to consent or decline Magistrate Judge Jurisdiction; and

2.  By February 25, 2013, the parties shall notify the court whether they consent

    to or decline Magistrate Judge jurisdiction by filling out the attached forms

    and returning them to the court.

IT IS SO ORDERED.

Dated:  February 15, 2013

             SENIOR  DISTRICT  JUDGE