IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:09-cv-00098-AWI-BAM (PC) |
| Plaintiff, | ORDER SETTING SETTLEMENT CONFERENCE |
| vs. | |
| J. S. WOODFORD, et al., | Settlement Conference:  **March 14, 2013, at 9:30 a.m. Courtroom 8, 6th Floor** |
| Defendants. | |
| _____/ | |

This matter is currently set for jury trial on April 16, 2013, at 8:30 a.m. before the Honorable Anthony W. Ishii in Courtroom 2. On February 22, 2013, Defendants requested a settlement conference. (ECF No. 166.) Plaintiff previously requested a settlement conference. (ECF No. 116.) In his pretrial statement, Plaintiff reiterated his willingness to negotiate a settlement. (ECF No. 130.) Accordingly, a settlement conference is set for March 14, 2013, at 9:30 a.m. before the undersigned in Courtroom 8. Plaintiff shall be transported to the court for the conference. Unless otherwise permitted in advance by the court, the attorney(s) who will try the case shall appear at the mandatory settlement conference with the person or persons having full authority to negotiate and settle the case, on any terms, at the conference.

On or before **March 8, 2013**, the parties shall submit directly to the settlement conference judge's chambers a confidential settlement conference statement. This statement should not be filed

with the Clerk's Office and should not be served on the other party. It should be mailed directly to chambers at the following address: **Chambers of Magistrate Judge Barbara A. McAuliffe, 2500 Tulare Street, Suite 1501, Fresno, California, 93721**. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. The parties are urged to request the return of their statements. If such request is not made, the court will dispose of the statements.

The Confidential Settlement Conference Statement shall include the following:

A. A brief statement of the facts of the case;

B. The relief sought; and

C. The party's position on settlement, including realistic settlement expectations, present demands and offers, and a history of past settlement discussions, offers, and demands.

Defendants also shall include an estimate of the cost and the time to be expended for further pretrial and trial matters.

Accordingly, the Court HEREBY ORDERS as follows:

1. This matter is set for telephonic settlement conference before the Honorable Barbara A. McAuliffe on **March 14, 2013, at 9:30 a.m.** in Courtroom 8 (BAM); and

2. The parties shall submit confidential settlement statements as described in this order on or before **March 8, 2013.**

IT IS SO ORDERED.

Dated:   **February 25, 2013**                  /s/ **Barbara A. McAuliffe**
                                                UNITED STATES MAGISTRATE JUDGE