# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>        Plaintiff,<br><br>   v.<br><br>J. S. WOODFORD, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00098-AWI-BAM (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR INMATE DONALD GLASS, CDCR No. D-54799**<br><br>DATE:    March 14, 2013<br>TIME:    9:30 a.m.<br>PLACE:  United States District Court<br>            2500 Tulare Street, Courtroom 8<br>            Fresno, California 93721 |

      Donald Glass, inmate # D-54799, a necessary and material witness in a settlement conference in this case on March 14, 2013, is confined in Kern Valley State Prison, P.O. Box 5104, Delano, California 93216, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Barbara A. McAuliffe at the United States District Court, Eastern District of California, 2500 Tulare Street, Courtroom 8, Fresno, California 93721, on March 14, 2013 at 9:30 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge McAuliffe; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      3. The Clerk of the Court is directed to serve a courtesy copy of this Order and Writ of Habeas Corpus ad Testificandum on the Litigation Coordinator at Kern Valley State Prison via fax.

///
///

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Kern Valley State Prison, P. O. Box 5104, Delano, California, 93216:**

  **WE COMMAND** you to produce the inmate named above to testify before Judge McAuliffe, at the time and place above, until completion of the settlement conference or as ordered by Judge McAuliffe; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **February 25, 2013**　　　　　　　　/s/ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE