# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>J. S. WOODFORD, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00098-AWI-BAM (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST THAT STAFF COUNSEL FOR CDCR BE PERMITTED TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE<br>(ECF No. 177)<br><br><u>Settlement Conference</u>: **March 14, 2013, at 9:30 a.m.**<br>**Courtroom 8, 6th Floor** |

　　A settlement conference in this matter is set for March 14, 2013, at 9:30 a.m. in Courtroom 8 (BAM) before the undersigned. On March 12, 2013, Defendants filed a request that staff counsel for the California Department of Corrections and Rehabilitation (CDCR) be permitted to attend the settlement conference by telephone. Defendants explain that defense counsel will be physically present at the settlement conference, but ask that CDCR staff counsel appear telephonically due to CDCR's severe financial constraints and limited travel expenditures. (ECF No. 177.)

　　Good cause appearing, Defendants' request that CDCR staff counsel be permitted to appear telephonically at the March 14, 2013, settlement conference is GRANTED.

　　IT IS SO ORDERED.

**Dated:** March 14, 2013　　　　　　　　　/s/ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1