1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   DONALD GLASS,                          CASE NO. 1:09-cv-00098-AWI-BAM (PC)

10                  Plaintiff,             ORDER GRANTING DEFENDANTS' REQUEST
                                           THAT STAFF COUNSEL FOR CDCR BE
11                                         PERMITTED TO APPEAR TELEPHONICALLY
                                           AT SETTLEMENT CONFERENCE
12        vs.                              (ECF No. 177)

13                                         Settlement
    J. S. WOODFORD, et al.,                Conference:   **March 14, 2013, at 9:30 a.m.**
14                                                        **Courtroom 8, 6th Floor**
                    Defendants.
15
    _____/
16

17        A settlement conference in this matter is set for March 14, 2013, at 9:30 a.m. in Courtroom 8

18  (BAM) before the undersigned.  On March 12, 2013, Defendants filed a request that staff counsel for

19  the California Department of Corrections and Rehabilitation (CDCR) be permitted to attend the

20  settlement conference by telephone.  Defendants explain that defense counsel will be physically present

21  at the settlement conference, but ask that CDCR staff counsel appear telephonically due to CDCR's

22  severe financial constraints and limited travel expenditures.  (ECF No. 177.)

23        Good cause appearing, Defendants' request that CDCR staff counsel be permitted to appear

24  telephonically at the March 14, 2013, settlement conference is GRANTED.

25        IT IS SO ORDERED.

26  **Dated:    March 14, 2013**            _____/s/ **Barbara A. McAuliffe**_____
                                           UNITED STATES MAGISTRATE JUDGE
27

28

                                           1