

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS,<br><br>    Plaintiff,<br><br>v.<br><br>J. S. WOODFORD, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00098-AWI-BAM PC<br><br>NOTICE AND ORDER THAT PLAINTIFF **DONALD GLASS, CDC# D-54799**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The settlement conference in this matter commenced on March 14, 2013. Plaintiff, Donald Glass, CDC# D-54799, appeared at the conference and is no longer needed by the Court as a witness in these settlement proceedings. Accordingly, the writ of habeas corpus ad testificandum issued on February 26, 2013, as to this inmate is HEREBY DISCHARGED.

DATED: 3/14/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1