**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendants
HAMILTON, BAUTISTA,
LOGUE (BLEVINS), ROBLES, CEDILLOS,
MCDANIEL and RIDDLE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO: 1:09-cv-00098-AWI-BAM |
| Plaintiff, | **ORDER** |
| vs. | |
| J. S. WOODFORD, et al., | |
| Defendants. | |

The current deadline for the parties to file motions in limine is March 18, 2013. However, the plaintiff has not yet provided his pre-marked exhibits to the defendants and was granted an extension of time for doing so. Defendants seek an extension of time to April 1, 2013, to file motions in limine they believe necessary based on any exhibits the plaintiff produces to them.

Having read defense counsel's request, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Defendants' request is GRANTED, and

///

///

2. The deadline for the defendants to file motions in limine is April 1, 2013.

IT IS SO ORDERED.

Dated:   March 18, 2013

_____
SENIOR DISTRICT JUDGE