# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | 1:09-cv-00098 AWI BAM (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT BRYAN E. RANSOM, CDC #H-71641, PLAINTIFF WITNESS** |
| vs. | |
| J. S. WOODFORD, et al., | |
| Defendants. | DATE: APRIL 16, 2013 |
| / | TIME: 8:30 a.m. |

**BRYAN E. RANSOM**, inmate, **CDC# H-71641**, a necessary and material witness on behalf of plaintiff in proceedings in this case on April 16, 2013, is confined at CORCORAN STATE PRISON, 4001 King Avenue, Corcoran, CA 93212-8309, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Anthony W. Ishii at the United States Courthouse, 2500 Tulare Street, Fresno, California 93721, in Courtroom #2, on April 16, 2013, at 8:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden**, Corcoran State Prison, 4001 King Avenue, Corcoran, CA 93212-8309:

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  March 20, 2013

                                                                   SENIOR DISTRICT JUDGE