

FILED

APR 16 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:09-cv-00098-AWI-BAM PC |
| Plaintiff, | |
| v. | ORDER REQUIRING PRODUCTION OF WITNESS BRYAN E. RANSOM FOR TRIAL ON APRIL 17, 2013, AT 8:30 A.M. |
| J. S. WOODFORD, et al., | |
| Defendants. | |

Witness Bryan E. Ransom, CDC#H-71641 , shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, April 17, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: _____4-16-13_____          _____

ANTHONY W. ISHII
SENIOR DISTRICT JUDGE

1