

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:09-cv-00098-AWI-BAM PC |
| Plaintiff, | NOTICE AND ORDER THAT WITNESS **ERIC JACKSON, CDC# D-47735**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| J. S. WOODFORD, et al., | |
| Defendants. | |

Jury trial in this matter commenced on April 16, 2013. Witness Eric Jackson, CDC# D-47735, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 4-16-13

ANTHONY W. ISHII
SENIOR DISTRICT JUDGE

1