FILED

APR 16 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:09-cv-00098-AWI-BAM PC |
| Plaintiff, | NOTICE AND ORDER THAT WITNESS **LAMONT E. RENCHER, CDC# D-97733,** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| J. S. WOODFORD, et al., | |
| Defendants. | |

Jury trial in this matter commenced on April 16, 2013. Witness Lamont E. Rencher, CDC# D-97733, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED:  4-16-13                    _____
                                   ANTHONY W. ISHII
                                   SENIOR DISTRICT JUDGE

1