

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:09-cv-00098-AWI-BAM PC |
| Plaintiff, | |
| v. | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON APRIL 18, 2013, AT 8:00 A.M. |
| J. S. WOODFORD, et al., | |
| Defendants. | |

Plaintiff Donald Glass, CDC# D-54799, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Thursday, April 18, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 4-17-13

ANTHONY W. ISHII
SENIOR DISTRICT JUDGE

1