FILED
APR 18 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:09-cv-00098-AWI-BAM PC |
| Plaintiff, | NOTICE AND ORDER THAT WITNESS **BRYAN E. RANSOM, CDC# H-71641**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| J. S. WOODFORD, et al., | |
| Defendants. | |

Jury trial in this matter commenced on April 16, 2013. Witness Bryan E. Ransom, CDC# H-71641, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 4-18-13

_____
ANTHONY W. ISHII
SENIOR DISTRICT JUDGE

1