**FILED**

APR 18 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:09-cv-00098-AWI-BAM PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON APRIL 19, 2013, AT 8:00 A.M. |
| v. | |
| J. S. WOODFORD, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Donald Glass, CDC# D-54799, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Friday, April 19, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 4-18-13

_____
ANTHONY W. ISHII
SENIOR DISTRICT JUDGE

1