FILED

APR 2 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, | CASE NO. 1:09-cv-00098-AWI-BAM PC |
| Plaintiff, | NOTICE AND ORDER THAT WITNESS **DONALD GLASS, CDC# D-54799**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| J. S. WOODFORD, et al., | |
| Defendants. | |

Jury trial in this matter commenced on April 16, 2013. Plaintiff Donald Glass, CDC# D-54799, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 4-23-13

ANTHONY W. ISHII
SENIOR DISTRICT JUDGE

1