**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendants
HAMILTON, BAUTISTA,
LOGUE (BLEVINS), ROBLES,
MCDANIEL and RIDDLE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GLASS, <br><br>　　　　Plaintiff, <br><br> vs. <br><br> J. S. WOODFORD, et al., <br><br>　　　　Defendants. | CASE NO: 1:09-cv-00098-AWI-BAM <br><br> **ORDER GRANTING ISSUANCE OF WRIT OF EXECUTION** |

On reading the application and declaration on behalf of judgment creditors Hamilton, Bautista, Logue (Blevins), Robles, McDaniel, and Riddle, and good cause appearing therefor, IT IS HEREBY ORDERED that the application be, and it hereby is, granted, and that a writ of execution issue in the sum of $496.90, plus necessary levying officer fees pursuant to the California Code of Civil Procedure Section 685.050, be directed to the Sheriff or Marshall of the County of Kern, California.

IT IS SO ORDERED.

Dated:   July 2, 2013

_____
SENIOR  DISTRICT  JUDGE