1

**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
2   Sacramento, CA 95822
(916) 456-1122
3   (916) 737-1126 (fax)

4   Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309
5

6   Attorneys for defendants
HAMILTON, BAUTISTA,
7   LOGUE (BLEVINS), ROBLES,
MCDANIEL and RIDDLE
8

9

10

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

11

12   DONALD GLASS,                          )   CASE NO: 1:09-cv-00098-AWI-BAM
                                           )
13              Plaintiff,                 )   **ORDER GRANTING ISSUANCE OF**
                                           )   **WRIT OF EXECUTION**
14   vs.                                   )
                                           )
15   J. S. WOODFORD, et al.,               )
                                           )
16              Defendants.                )
     ——————————————————————————————————)

17

18          On reading the application and declaration on behalf of judgment creditors

19   Hamilton, Bautista, Logue (Blevins), Robles, McDaniel, and Riddle, and good cause

20   appearing therefor, IT IS HEREBY ORDERED that the application be, and it hereby is,

21   granted, and that a writ of execution issue in the sum of $496.90, plus necessary

22   levying officer fees pursuant to the California Code of Civil Procedure Section 685.050,

23   be directed to the Sheriff or Marshall of the County of Kern, California.

24   IT IS SO ORDERED.

25   Dated:    July 2, 2013            _____

26                                          SENIOR  DISTRICT  JUDGE

27

28

*Glass v Woodford* [1:09-cv-00098] Proposed Order Granting Issuance of Writ of Execution            Page 1